In the middle District United States Court of Alabama

RECEIVED
2025 DEC -1 P 12:43
THE ___ EN, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Devin Pugh

vs.

Case: 2:25-cv-00946-RAH-KFP

State Alabama, Kate Ivcy (governors), Crenshaw County

Complaint

Hello I am writing this complaint to inform the court that my constitutional rights have been violated. The lack of public adequate coverage with a minimum of 50 stops transportation in all counties of the state violates the 5th and 14th and americans with disabilities act amendments. If a person with no limbs or disability prevents them from self

under the 5th amendment
I have the constitutional
right to not have any deprived
life or limbs put in jeopardly
or at right and liberty to
move from one place to
another under the 14th
amendment, therefore
I have the constitutional right
to use public transportation.
Because if without it you put
you life and limbs at risk
if you are left to walk on
a public road, Highway, in jeopardly
in all states. I have suffered
tremendous harm because I am disabled.

relief: governor Executive order
writ of mandamus for
injunction to all counties with
in the state to establish a
public transportation system

grounds: 5th, 14th amendments
(ADA)

Devin Murphy          11-19-25

Devin Pugh
Coffee County Jail
II county complex
New Brockton, AL 36351

INMATE MAIL

MONTGOMERY AL 360
25 NOV 2025PM 4 L

US POSTAGE IMIPITNEY BOWES
ZIP 36351
02 7H
0006088519
$ 000.74⁰
NOV 20 2025

Clerk of court
one church street Montgomery AL
36104